1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11 | BRIAN K. B.,[1]                          Case No. EDCV 22-1721 PVC

12 |          Plaintiff,

13 |     v.                                  **JUDGMENT**

14 | MICHAEL J. O'MALLEY, Commissioner
   | of Social Security,[2]

15

16 |          Defendant.

17         IT IS ADJUDGED that the decision of the Commissioner is REVERSED

18 and that the above-captioned action is REMANDED to the Commissioner for

19 further action consistent with the Court's Memorandum Decision and Order.

20

21 DATED:  January 23, 2024

22

23

24                                          _____
                                            PEDRO V. CASTILLO
                                            UNITED STATES MAGISTRATE JUDGE

25

26     [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

27     [2] Michael J. O'Malley, Commissioner of Social Security, is substituted for his predecessor, whom Plaintiff named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R.

28 Civ. P. 25(d).